AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN  DISTRICT OF  NEW YORK

VICTORIA FULLER,

    Plaintiff,

V.

INTERVIEW, INC.; BRANT PUBLICATIONS, INC., as the owner of Interview, Inc.; PETER BRANT, individually and as the shareholder and owner of Brant Publications, Inc.; et. al.
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CIV 5728**

**JUDGE KARAS**

TO: (Name and address of defendant)

| INTERVIEW, INC. | BRANT PUBLICATIONS, INC. | PETER BRANT | SANDRA J. BRANT | DEBORAH BLASUCCI |
|---|---|---|---|---|
| 575 Broadway, 5th Fl. | 575 Broadway, 5th Fl. | c/o Interview, Inc. | c/o Interview, Inc. | c/o Interview, Inc. |
| N.Y., N.Y. 10012 | N.Y., N.Y. 10012 | 575 Broadway | 575 Broadway | 575 Broadway |
| | | N.Y., N.Y. 10012 | N.Y., N.Y. 10012 | N.Y., N.Y. 10012 |

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL J. KAISER, ESQ.
KAISER SAURBORN & MAIR. P.C.
20 EXCHANGE PLACE, 43RD FLOOR
NEW YORK, NEW YORK 10005

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON      JUN 1 5 2007
CLERK      DATE

*Marcos Quintero* (signature)

(BY) DEPUTY CLERK

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 CIV 5728            Purchased/Filed: June 15, 2007
STATE OF NEW YORK     UNITED STATES DISTRICT COURT     SOUTHERN COUNTY

Victoria Fuller     Plaintiff

against

Interview, Inc.; Brant Publications, Inc., as the owner of Interview, Inc., et al.     Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____June 21, 2007_____, at __11:45am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Case, Complaint, Individual Practices of Kenneth M. Karas and Individual Practices of Magistrate Judge Debra Freeman Bearing the above Index # and Filing Date on

_____Brant Publications, Inc._____, the Defendant in this action, by delivering to and leaving with _____Carol Vogt_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40.00__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __46__ Approx. Wt: __110 lbs.__ Approx. Ht: __5' 1"__
Color of skin: __White__ Hair color: __Brown__ Sex: __Female__ Other: __glasses__

Sworn to before me on this

__21st__ day of _____June 2007_____

DEBORAH A BOTTISTI (Berlin)
DEBORAH A BOTTISTI
NOTARY PUBLIC, State of New York
No 01BO6036756, Qualified in Albany County
Commission Expires February 7, 2010

Jessica Miller

Invoice•Work Order # 0612479

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 CIV 5728    Purchased/Filed: June 15, 2007

STATE OF NEW YORK    UNITED STATES DISTRICT COURT    SOUTHERN COUNTY

Victoria Fuller    Plaintiff

against

Interview, Inc.; Brant Publications, Inc., as the owner of Interview, Inc., et al.    Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____June 21, 2007____, at __11:45am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Case, Complaint, Individual Practices of Kenneth M. Karas and Individual Practices of Magistrate Judge Debra Freeman Bearing the above Index # and Filing Date on

_____Interview, Inc._____, the Defendant in this action, by delivering to and leaving with _____Carol Vogt_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40.00__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __46__  Approx. Wt: __110 lbs.__  Approx. Ht: __5' 1"__
Color of skin: __White__  Hair color: __Brown__  Sex: __Female__  Other: __glasses__

Sworn to before me on this

__21st__ day of _____June 2007_____

_____
DEBORAH A BOTTISTI
NOTARY PUBLIC, State of New York
No 01BO6036756, Qualified in Albany County
Commission Expires February 7, 2010

_____
Jessica Miller

Invoice•Work Order # 0612478


532659

INDEX NO: 5728/07
FILE DATE: 6/15/2007
ATTY: KAISER SAURBORN & MAIR, P.C.
20 EXCHANGE PLACE
NEW YORK, NY 10005

UNITED STATES DISTRICT COURT
SOUTHERN

STATE OF NEW YORK: COUNTY OF SOUTHERN

EPS No: 520259
Attorney File No:
Batch No: 0

VICTORIA FULLER                                                                                          Plaintiff(s)

- against -

INTERVIEW, INC., BRANT PUBLICATIONS INC., ET AL                              Defendant(s)

### STATE OF NEW YORK, COUNTY OF QUEENS: SS:
YOLER JEAN BAPTISTE BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 6/25/2007 at 2:13PM at C/O INTERVIEW, INC., 575 BROADWAY, 5TH FLOOR, NEW YORK, NY 10012 deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on PETER BRANT. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

### SUITABLE AGE PERSON
Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person. By delivering a true copy of the thereof to and leaving with DEBORAH BLASUCCI, CO-WORKER a person of suitable age and discretion at C/O INTERVIEW, INC., 575 BROADWAY, 5TH FLOOR, NEW YORK, NY 10012, the said premises being the defendants Place of Business within the State of New York.

### MAILING  First Class Mail
Deponent completed service under the last two sections by depositing 1 Copy of the SUMMONS & COMPLAINT IN A CIVIL ACTION to PETER BRANT at C/O INTERVIEW, INC., 575 BROADWAY, 5TH FLOOR, NEW YORK, NY 10012 in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York on 6/26/2007 via First Class Mail. The mailing was made to the address bearing 'PERSONAL & CONFIDENTIAL' and not indicating 'LEGAL ACTION'.

NP

### A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

| Approximate age: 50 | Approximate weight: 140 | Approximate height: 5'7" |
| Color of skin: WHITE | Color of hair: BLONDE | Sex: F |

**Military Service** ☒ Upon information and belief I aver that the defendant is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on  JUN 2 7 2007

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No. 01DU8016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2007 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**


532948

| | |
|---|---|
| UNITED STATES DISTRICT COURT SOUTHERN | INDEX NO: 5728/07<br>FILE DATE: 6/15/2007<br>ATTY: KAISER SAURBORN & MAIR, P.C.<br>20 EXCHANGE PLACE<br>NEW YORK, NY 10005 |
| STATE OF NEW YORK: COUNTY OF SOUTHERN | EPS No: 520259<br>Attorney File No:<br>Batch No: 0 |

VICTORIA FULLER                                                                                               Plaintiff(s)

- against -

INTERVIEW, INC., BRANT PUBLICATIONS INC., ET AL                          Defendant(s)

---

**STATE OF NEW YORK, COUNTY OF QUEENS: SS:**
YOLER JEAN BAPTISTE BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 6/25/2007 at 2:13PM at C/O INTERVIEW, INC., 575 BROADWAY, 5TH FLOOR, NEW YORK, NY 10012 deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on DEBORAH BLASUCCI. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

**INDIVIDUAL**
By personally delivering to and leaving with said DEBORAH BLASUCCI a true copy thereof, and that the process server knew the person so served to be the person mentioned and described in said SUMMONS & COMPLAINT IN A CIVIL ACTION

**A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:**

| Approximate age: **50** | Approximate weight: **140** | Approximate height: **5'7"** |
|---|---|---|
| Color of skin: **WHITE** | Color of hair: **BLONDE** | Sex: **F** |

**Military Service** ☒ Upon information and belief I aver that the defendant is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on    JUN 27 2007

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
|---|---|---|---|
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No. 01DU8016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2007 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**


532947

UNITED STATES DISTRICT COURT
SOUTHERN

STATE OF NEW YORK: COUNTY OF SOUTHERN

INDEX NO: 5728/07
FILE DATE: 6/15/2007
ATTY: KAISER SAURBORN & MAIR, P.C.
20 EXCHANGE PLACE
NEW YORK, NY 10005

EPS No: 520259
Attorney File No:
Batch No: 0

**VICTORIA FULLER**  Plaintiff(s)

- against -

**INTERVIEW, INC., BRANT PUBLICATIONS INC., ET AL**  Defendant(s)

## STATE OF NEW YORK, COUNTY OF QUEENS: SS:
YOLER JEAN BAPTISTE BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 6/25/2007 at 2:13PM at C/O INTERVIEW, INC., 575 BROADWAY, 5TH FLOOR, NEW YORK, NY 10012 deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on SANDRA J. BRANT. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

## SUITABLE AGE PERSON
Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person. By delivering a true copy of the thereof to and leaving with DEBORAH BLASUCCI, CO-WORKER a person of suitable age and discretion at C/O INTERVIEW, INC., 575 BROADWAY, 5TH FLOOR, NEW YORK, NY 10012, the said premises being the defendants Place of Business within the State of New York.

## MAILING First Class Mail
Deponent completed service under the last two sections by depositing 1 Copy of the SUMMONS & COMPLAINT IN A CIVIL ACTION to SANDRA J. BRANT at C/O INTERVIEW, INC., 575 BROADWAY, 5TH FLOOR, NEW YORK, NY 10012 in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York on 6/26/2007 via First Class Mail. The mailing was made to the address bearing 'PERSONAL & CONFIDENTIAL' and not indicating 'LEGAL ACTION'.

NP

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

Approximate age: **50**            Approximate weight: **140**            Approximate height: **5'7"**
    Color of skin: **WHITE**            Color of hair: **BLONDE**            Sex: **F**

**Military Service** ☒  Upon information and belief I aver that the defendant is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on  JUN 2 7 2007

| LUIS A. CRIESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
|---|---|---|---|
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No. 01DU8016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2007 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**