Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000 (telephone)
(212) 593-5955 (facsimile)

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| VICTORIA FULLER,<br><br>      Plaintiff,<br><br>    - against -<br><br>INTERVIEW, INC.; BRANT PUBLICATIONS, INC., as the owner of Interview, Inc.; PETER BRANT, individually and as the shareholder and owner of Brant Publications, Inc.; SANDRA J. BRANT, individually and as the shareholder and owner of Brant Publications, Inc.; and DEBORAH BLASUCCI, individually and as the Executive Vice President and Chief Financial Officer of Interview, Inc. and Brant Publications, Inc.,<br><br>      Defendants. | Civ. No.: 07 CIV 5728 (KMK)<br>ECF Case<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF INTERVIEW, INC.** |

-------------------------------------------------------x

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Interview, Inc. ("Interview") certifies that:

  (i)  The parent company of Interview is Brant Publications, Inc.; and

  (iii)  No publicly held corporation owns 10% or more of Interview's stock.

| | |
|---|---|
| Dated: July 11, 2007 | SCHULTE ROTH & ZABEL LLP |
| | By:  /s/ Mark E. Brossman         |
| |     Mark E. Brossman |
| |     Scott A. Gold |
| |     Jill L. Goldberg |
| | 919 Third Avenue |
| | New York, New York  10022 |
| | (212) 756-2000 |
| | *Counsel for Defendants* |

2