Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000 (telephone)
(212) 593-5955 (facsimile)

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

VICTORIA FULLER,

                Plaintiff,

        - against -

INTERVIEW, INC.; BRANT
PUBLICATIONS, INC., as the owner of
Interview, Inc.; PETER BRANT, individually
and as the shareholder and owner of Brant
Publications, Inc.; SANDRA J. BRANT,
individually and as the shareholder and owner
of Brant Publications, Inc.; and DEBORAH
BLASUCCI, individually and as the
Executive Vice President and Chief Financial
Officer of Interview, Inc. and Brant
Publications, Inc.,

                Defendants.

--------------------------------------------------------x

Civ. No.: 07 CIV 5728 (KMK)
ECF Case

**RULE 7.1 DISCLOSURE
STATEMENT OF BRANT
PUBLICATIONS, INC.**

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

counsel of record for Defendant Brant Publications, Inc. ("Brant") certifies that:

      (i)      Brant has no parent corporations; and

      (ii)     No publicly held corporation owns 10% or more of Brant's stock.

2

Dated: July 11, 2007                          SCHULTE ROTH & ZABEL LLP


By:__/s/ Mark E. Brossman____
    Mark E. Brossman
    Scott A. Gold
    Jill L. Goldberg

919 Third Avenue
New York, New York  10022
(212) 756-2000

*Counsel for Defendants*