UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07
```

VICTORIA FULLER   Plaintiff[s],

- v-

INTERVIEW, INC., et al.,   Defendant[s].

No. 07-CV-05728 (RJS) ( DF )

CASE MANAGEMENT PLAN
AND SCHEDULING ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

At the conference before the Court held on December 13, 2007, this Case Management Plan and Scheduling Order was adopted in accordance with Rules 16-26(f) of the Federal Rules of Civil Procedure.

1. All parties ~~(consent)~~ **(do not consent)** to disposition of this case by a Magistrate Judge, pursuant to 28 U.S.C. § 636(c) [circle one]. [If all consent, the remainder of the Order need not be completed at this time.]

2. This case **(is)** ~~(is not)~~ to be tried to a jury [circle one].

3. No additional parties may be joined except with leave of the Court.

4. Amended pleadings may not be filed except with leave of the Court.

5. Initial disclosures pursuant to Rule 26(a)(1) will be completed not later than **January 4, 2008** [absent exceptional circumstances, within fourteen (14) days of the date of the parties' conference pursuant to Rule 26(f)]. **Please see footnote 1 below.**

6. All fact discovery is to be completed no later than **April 4, 2008** ~~[April 4, 2008]~~ [a period not to exceed 120 days unless the Court finds that the case presents unique complexities or other exceptional circumstances]. ~~Please see footnote 1 below.~~

---

[1] ~~Defendants believe that the above-captioned litigation involves exceptional circumstances in light of the fact that the parties are involved in an arbitration before the American Arbitration Association (the "AAA arbitration") regarding claims arising from the same employment relationship as this litigation. The AAA arbitration is described in greater detail in the parties' December 6 Letter to Your Honor (which is attached hereto for your reference). Defendants respectfully request that the discovery deadline in this~~

10568594.1

7.  The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided the parties meet the fact discovery completion date in ¶ 6 above:

    a.  Initial requests for production of documents to be served by **January 14, 2008**.

    b.  Interrogatories to be served by **February 1, 2008**.

    c.  Depositions to be completed by **April 1, 2008**.

        i.  Unless the parties agree or the Court so orders, depositions are not to be held until all parties have responded to initial requests for document production.

        ii. There is no priority in deposition by reason of a party's status as plaintiff or defendant.

        iii. Unless the parties agree or the Court so orders, non-party depositions shall follow initial party depositions.

    d.  Requests to Admit to be served no later than **April 1, 2008**.

8.  All expert disclosures, including reports, production of underlying documents and depositions are to be completed by: TBD

    a.  Expert(s) of Plaintiff(s) ~~May 30, 2008~~

    b.  Expert(s) of Defendant(s) ~~June 30, 2008~~ TBD

9.  All discovery is to be completed ~~no later than~~ TBD

10. The Court ~~will~~ has scheduled a Fact post-discovery status conference (see ¶ 16) ~~within three weeks of the close of all discovery.~~ for April 7, 2009 at 4:30

11. Pre-motion letters regarding dispositive motions, if any, are to be submitted no later than two weeks prior to the post-discovery status conference date listed in ¶ In accord with this Court's Individual Rule 2.A, response letters thereto are to be submitted within three business days from service of the initial pre-motion letter.

12. All counsel must meet for at least one hour to discuss settlement not later than two

~~litigation be scheduled for a date following the resolution of the AAA arbitration as the AAA arbitration may resolve, alter and/or limit the parties' dispute before Your Honor. Plaintiff does not join Defendants' request pursuant to this footnote 1, and respectfully requests that Your Honor consider adopting the schedule set forth herein.~~

10568594.1

weeks following the close of fact discovery. Accordingly, Counsel for the parties have discussed holding a settlement conference before a Magistrate Judge or the Southern District's Mediation Program and request: [check one]

a. ____✓____ Referral to a Magistrate Judge for settlement discussions
    *MJ Freeman -- right away*

b. _____ Referral to the Southern District's Mediation Program

13. The parties shall submit a Joint Pretrial Order prepared in accordance with the undersigned's Individual Practice Rule 3 and Rule 26(a)(3). If this action is to be tried before a jury, proposed voir dire, jury instructions, and a verdict form shall be filed with the Joint Pretrial Order. Counsel are required to meet and confer on jury instructions and verdict form in an effort to make an agreed upon submission.

14. Parties have conferred and their present best estimate of the length of trial is

One week. _____

---

**TO BE COMPLETED BY THE COURT:**

15. [Other directions to the parties:]

16. ~~The post-discovery~~ A status conference is scheduled for __April 7, 2008__ at __4:30__

SO ORDERED.

DATED:   New York, New York
         Dec. 13, 2007

                                        _____
                                        RICHARD J. SULLIVAN UNITED STATES
                                        DISTRICT JUDGE