UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07
```

VICTORIA FULLER,
              Plaintiff.

-v-

INTERVIEW, INC., INC.,
              Defendants.

Case No. 07-CV-05728 (RJS)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

    The above entitled action is referred to Magistrate Judge Freeman on for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*
_____
_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_x_ Settlement* -the parties request a conference at the Court's earliest convenience.

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions: ____

* Do not check if already referred for general pretrial.
**SO ORDERED.**
DATED:  New York, New York
          Dec. 13, 2007

RICHARD J. SULLIVAN
United States District Judge