26 COURT STREET
SUITE 1801
BROOKLYN NEW YORK 11242

Tel: 212/921-2244
ARich@Richlaw.US

### LAW OFFICES OF
### ALAN J. RICH, LLC

March 28, 2008

Richard J. Sullivan, District Judge

U.S. District Court

500 Pearl St., Room 615

New York, NY 10007

Re: *Fuller* v. *Interview, Inc., et al.,* 07-CV-05728 (RJS)

Honorable Judge Sullivan:

  This office has been retained as counsel by plaintiff, Victoria Fuller, in connection with the above matter. We have just received the original Consent to Change Attorney form signed by all necessary persons and submit same.

  We have been in communication with defense counsel Jill Goldberg Mintzer of Schulte Roth & Zabel, LLP and are in receipt of her recent communications to the Court regarding the need for an adjustment of the discovery deadline of April 1, 2008. We note that your Honor has endorsed her request, setting the matter down for a conference on April 7, 2008 and that that issue may be raised at that conference. I will appear at that conference on behalf of plaintiff.

  We have also been jointly in contact with defense counsel with the chambers of Magistrate Judge Freeman to whom this matter was referred for settlement purposes only.

  After discussion with my adversary, it appears that both sides are interested in making serious efforts to settle this matter. We will join with opposing counsel for a change in the discovery schedule to enable the parties to most effectively pursue settlement negotiation.

  Thank you for your attention to this matter.

Very truly yours,

/s/

Alan J. Rich

AJR/mow

Encl.