UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VICTORIA FULLER

        Plaintiff,

-against-

BRANT PUBLICATIONS, INC.,
INTERVIEW, Inc., et al.,

        Defendants.
-----------------------------------------------------------X

Docket No.: 07-CV-05728( RJS)

**Consent To Change Attorney**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

It is hereby consented that Alan J. Rich, Esq., of the Law Offices of Alan J. Rich, LLC, 26 Court Street, Suite 1801, Brooklyn, New York 11242, be substituted as attorneys of record for the undersigned parties, in the above entitled action in place and stead of the undersigned outgoing attorneys.

Dated: Brooklyn, New York
      February 12, 2008

_____
Victoria Fuller, Client

_____
Kaiser Saurborn & Mair, P.C.
by: Daniel J. Kaiser, Esq.
Outgoing Attorneys for Plaintiff

_____
Law Offices of Alan J. Rich, LLC
by: Alan J. Rich, Esq. (AR4701)
Incoming Attorneys for Plaintiff

So Ordered.

_____
New York, New York
4/3/08