UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
VICTORIA FULLER

              Plaintiff,                            Docket No.:  07-CV-05728( RJS)

              -against-                      **NOTICE OF APPEARANCE**

BRANT PUBLICATIONS, INC., INTERVIEW
MAGASINE and DEBORAH BLASUCCI,
individually and as Chief Financial Officer of
Brant Publications, Inc.,

              Defendants.
--------------------------------------------------------X

        PLEASE TAKE NOTICE that I, Alan J. Rich, of the Law Offices of Alan J. Rich, LLC,

hereby enter my appearance as counsel for Plaintiff, Victoria Fuller, in this action, and that all

future correspondence and papers in connection with this action are to be directed to me at the

address indicated below.

Dated: Brooklyn, New York
       April 4, 2008

                              Law Offices of Alan J. Rich, LLC

                              /s/ _____
                              by: Alan J. Rich (AR 4701)

                              Law Offices of Alan J. Rich, LLC
                              26 Court Street, Suite 1801
                              Brooklyn, New York 11242
                              Tel: (212) 921-2244
                              ARich@Richlaw.US

                              Document Filed Electronically