UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA FULLER,
                  Plaintiff,

-v-

INTERVIEW, INC., INC.,
                  Defendants.

Case No. 07-CV-05728(RJS)

ORDER
ECF

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08

RICHARD J. SULLIVAN, District Judge:

At the conference held before this court on April 7, 2008, the following schedule was adopted:

Discovery is extended for a period of 60 days.

Further conference is scheduled for June 9 at 4:30pm.

Counsel shall submit a joint status letter to the Court not later than June 2.

SO ORDERED.

DATED:
New York, New York April 8, 2008

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE