**LAW OFFICES OF**
**ALAN J. RICH, LLC**

**MEMO ENDORSED**

26 Court Street
Suite 1801
Brooklyn, New York 11242

Tel: 212/921-2244
Fax: 212/921-5554
ARich@Richlaw.US

May 30, 2008

Richard J. Sullivan, District Judge
U.S. District Court
500 Pearl St., Room 615
New York, NY 10007

by fax: (212) 805-7946

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/30/08
```

Re: *Fuller v. Interview, Inc., et al.*, 07-CV-05728 (RJS)

Honorable Judge Sullivan:

This office represents plaintiff, Victoria Fuller, in the above-captioned matter. I am faxing this letter with permission of yourYour Honor's law clerk, Katie, to request and adjournment and, pursuant to Your Honor's order requiring that the parties submit a joint status later not later than June 2, 2008.

At an April 7, 2008 conference, the Court granted the parties 60 additional days in which to engage in settlement negotiations and permitted Plaintiff to propound limited interrogatories targeted at explaining defendants' claims. Plaintiff propounded such interrogatories and Defendants responded. Plaintiff objected to Defendants responses and the parties have conferred on several occasions in an effort to resolve such objections. The parties have made progress and anticipate reaching such resolution in the short term. To the extent the parties are unable to reach a prompt resolution, they will reach out to the Court for assistance.

In light of the parties' discussions regarding Plaintiff's interrogatories, they have not yet engaged in settlement negotiations. The parties still are intent on moving forward with serious negotiations in this matter, however. On May 22, 2008, the parties engaged in a teleconference with Magistrate Judge Freeman, to whom the Court referred this matter for purposes of settlement. Magistrate Judge Freeman encouraged the parties to resolve their dispute with respect to the interrogatories and requested that Plaintiff provide Defendants with a settlement proposal. The parties have another teleconference scheduled with Magistrate Judge Freeman on June 11, 2008, at which time they expect to have engaged in some settlement negotiations.

This Court scheduled a further conference with the parties on June 9, 2008 at 4:30 p.m. Unfortunately, Plaintiff has been out of the country and will be until the end of this week with her family for the funeral of an immediate family member. When she returns, this weekend, I must leave the country on an unexpected work matter until June 9. These unexpected absences will delay the parties' settlement negotiations.

Accordingly, I respectfully request that the Court adjourn the June 9 conference and reschedule it for a later date. I conferred with counsel for the Defendants, Jill Goldberg Mintzer, of Schulte Roth & Zabel, LLP who consented to this request for an adjournment. July 1 or July 2 is acceptable to both parties. The parties also respectfully request that the Court either grant them additional time to engage in settlement negotiations or order a discovery schedule that would allow us the parties sufficient time to attempt settlement and then, if unsuccessful, to proceed with all necessary discovery.

Thank you for your kind attention to this matter.

Very truly yours,

/Alan J. Rich

AJR/mow
cc: Jill Goldberg, Esq. (by email)

> The June 9, 2008 conference is hereby adjourned to June 13, 2008 at 12:00 noon. The parties' request for a further extension of the case management plan is DENIED.
>
> SO ORDERED. RICHARD J. SULLIVAN, U.S.D.J.
> Dated: 5/30/08