## Schulte Roth&Zabel LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Writer's Direct Number
212.756.2331

Writer's E-mail Address
jill.goldbergmintzer@srz.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/08
```

June 3, 2008

**VIA FIRST CLASS MAIL**

The Honorable Richard Sullivan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Fuller v. Interview, Inc., et al.*, 07-CV-05728 (RJS)

Dear Judge Sullivan:

      We represent the Defendants in the above-captioned matter and write with respect to the Court's May 30, 2008 Memo Endorsement of the May 29, 2008 status letter from Alan Rich, Esq., counsel for Plaintiff (the "May 30 Order"). The Court's May 30 Order denies the parties' request for a further extension of the case management plan, which was included in the May 29 Letter.

      As the Court may recall, due, at least in part, to the fact that Mr. Rich recently replaced Plaintiff's prior counsel, the parties were unable to complete discovery by the April 1, 2008 deadline set forth in the Court's original case management plan. Accordingly, at the April 7, 2008 conference before the Court, Mr. Rich requested a period of sixty days, during which the parties could engage in settlement negotiations (which had been discussed, but never initiated, with Plaintiff's prior counsel), including discovery targeted at advancing such negotiations. Specifically, Mr. Rich indicated that he wanted to propound limited interrogatories that would normally be precluded by Local Rule 33.3. Defendants agreed that this sixty-day period would be beneficial to the parties' settlement efforts. The Court ordered that the parties submit a joint letter to the Court no later than June 2, 2008 indicating whether they had reached settlement and appear before the Court on June 9, 2008 for a status conference. It was our understanding, based on the Court's statements at the April 7 conference, that if the parties were unable to reach settlement before the June 9 status conference, the Court would order a revised discovery schedule. We believe that is Mr. Rich's understanding as well. Per the Court's Order, in light of

10684823.2

Judge Richard J. Sullivan
June 3, 2008
Page 2

Mr. Rich's absence from the country, the status conference was moved from June 9 to June 13, 2008.

      Accordingly, we respectfully seek clarification of the May 30 Order and confirmation that the Court intends to issue a revised case management plan at or following the June 13 conference. Although the parties have engaged in significant document discovery, and Defendants have responded to Plaintiff's interrogatories (and the parties are conferring as to certain of Plaintiffs' issues with such responses), the parties have yet to engage in any depositions in connection with this matter.

      Thank you for your consideration of our requested clarification. Please contact me if you have any questions regarding this matter.

Respectfully,

*Jill Goldberg Mintzer*

Jill Goldberg Mintzer

cc: Alan J. Rich, Esq.

> The parties shall appear for a status conference on June 13, 2008, at which time we will take up the issue of a revised discovery schedule.
>
> SO ORDERED
> Dated: 6/4/08
> RICHARD J. SULLIVAN

10684823.2

6/13/08 @ noon