USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE: 6/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA FULLER,
                Plaintiff.

-v-

INTERVIEW, INC., INC.,
                Defendants.

Case No. 07-CV-05728(RJS)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__x__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) Case Management plan is stayed.

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

All such motions: _____

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   June 19, 2008
           New York, New York

Richard J. Sullivan
United States District Judge