UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/09
```

VICTORIA FULLER,

                   Plaintiff,

-v-

INTERVIEW, INC., *et al.*,

                   Defendants.

No. 07 Civ. 5728 (RJS) (DCF)
ORDER

RICHARD J. SULLIVAN, District Judge:

     The Court is in receipt of Plaintiff's November 16, 2009 letter, which requests a three-day extension of the deadline to file a reply in support of her objections to Magistrate Judge Freeman's September 30, 2009 Order. Defendant consents to this request. Accordingly, and despite the fact that the request was submitted on the very same day that the reply was due, in contravention of my individual practices, the request is hereby GRANTED. Plaintiff shall submit her reply by November 19, 2009. No further extensions shall be granted. Future requests of this nature, however, should be submitted by email, rather than filed on ECF, as stated in my individual practices. The clerk of the court is respectfully directed to terminate the motion that appears at document number 48.

SO ORDERED.

DATED:     November 16, 2009
               New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES DISTRICT JUDGE