UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA FULLER,

                Plaintiff,

   -against-

INTERVIEW, INC.; BRANT PUBLICATIONS, INC., as the owner of Interview, Inc.; PETER BRANT, individually and as the shareholder and owner of Brant Publications, Inc.; SANDRA J. BRANT, individually and as the shareholder and owner of Brant Publications, Inc.; and DEBORAH BLASUCCI, individually and as the Executive Vice President and Chief Financial Officer of Interview, Inc. and Brant Publications, Inc.,

                Defendants.

**NOTICE OF MOTION**
**TO AMEND COMPLAINT**

Civ. Action No. 07 CV 5728 (RJS/DCF)

Hon. Magistrate Judge Debra Freeman

      **PLEASE TAKE NOTICE,** that upon the annexed Memorandum of Law of ALAN J. RICH, ESQ., dated July 20, 2010, the Declaration of Alan J. Rich, Esq., dated July 20, 2010, Declaration of Plaintiff, Victoria Fuller, dated February 11, 2009, the original Complaint in this action, the Second Proposed Amended Complaint and the other exhibits annexed and filed hereto and incorporated by reference hereto, Plaintiff will move this Court before the Honorable Magistrate Judge Debra Freeman, at Courtroom: 17A, 500 Pearl Street, New York, New York 10007 at such time as this Court shall hear, for an Order pursuant to Federal Rule of Civil Procedure 15 (a) (2), permitting the amendment of the Complaint in this action as per the Second Proposed Amended Complaint; and for such other relief as to this Court seems just and proper.

// // //

// // //

// // //

Dated: Brooklyn, New York
July 20, 2010

_____
Alan J. Rich [AR-4701]
Law Offices of Alan J. Rich, LLC
Attorneys for Plaintiffs
26 Court Street, Suite 1801
Brooklyn, New York 11242
Tel: (212) 921-2244
ARich@Richlaw.US