

March 14, 2007

Ms. Victoria Fuller
872 Carroll Street
Brooklyn, New York   11215

Dear Victoria,

    We regret to inform you that in the last several weeks we have received evidence that you have engaged in certain illegal and unethical conduct in your capacity as Vice President/Associate Publisher. We have been investigating these matters and are greatly concerned. Therefore, effective immediately, you are suspended without pay while our investigation continues.

    At the conclusion of our investigation, we will determine whether to continue your employment, or to terminate your employment for Cause and take other appropriate actions.

    In addition, we hereby put you on formal notice that your continued failure to submit the doctor's certification of your fitness for return to work required in the FMLA form and specifically demanded by me in my two emails to you on March 5th and 7th is gross insubordination.

    During the suspension, you are not to come to the office or engage in Company business. You may not contact clients, vendors or employees.

    Please leave your Company Blackberry with Marie Mascaro. You remain subject to the terms of the Employment Agreement, including Section 7 (Solicitation of Employees/Non-Compete) and Section 9 (Confidentiality), as well as your Non-Solicitation and Confidentiality Agreement with the Company and its restrictions on the use of Brant's Proprietary Information and other Company property.

Sincerely,

*Deborah Blasucci*

Deborah Blasucci
Executive Vice President/CFO

P 00138

575 BROADWAY   NEW YORK, NY   10012   212-941-2900   FAX 212-941-2885