**Interview®**

March 27, 2007

**BY FEDEX**

Victoria Fuller
872 Carroll Street
Brooklyn, NY 11215

      Re: Termination of Employment

Dear Victoria:

      We regret the timing of this letter in light of your surgery, but we have now concluded our investigation referenced in Debbie Blasucci's letter suspending you on March 13th. Effective immediately, your employment is hereby terminated for Cause in accordance with Section 6.1 of the Employment Agreement between you and Interview, Inc. dated August 15, 2002. Cause includes, but is not limited to, your violations of Sections 6.1(a) and (d).

      You remain subject to the terms of the Employment Agreement, including Section 7 (Solicitation of Employees / Non-Compete) and Section 9 (Confidentiality), as well as your Non-Solicitation and Confidentiality Agreement dated July 27, 2004 and its restrictions on the use of Proprietary Information and other Company property.

      All employee benefits are cancelled effective immediately. However, in light of your doctor's March 12th letter in which he says that you will be having surgery on March 26 and further states that "the recovery period will likely be three months," the Company will pay the premiums for continuation of your individual medical insurance under COBRA through June 30, 2007, even though the Company has no obligation to do so under the law. Thereafter, you will be required to pay the premiums if you want to continue these benefits. We enclose information for your review about COBRA.

      We wish you a speedy and full recovery.

                             Sincerely,

                             Sandra Brant

Enclosure