CASREF, ECF

# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:07-cv-05728-RJS-DCF

Fuller v. Interview, Inc. et al
Assigned to: Judge Richard J. Sullivan
Referred to: Magistrate Judge Debra C. Freeman
          Magistrate Judge Debra C. Freeman (Settlement)
Demand: $1,000,000
Cause: 29:2617 Family and Medical Leave Act of 1993

Date Filed: 06/15/2007
Jury Demand: Both
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Victoria Fuller**     represented by **Alan J. Rich**
Law Offices of Alan J. Rich, LLC
26 Court Street, Suite 1801
Brooklyn , NY 11242
(212)-921-2244
Fax: (212)-921-5554
Email: arich@richlaw.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Jordan Kaiser**
Kaiser Saurborn & Mair, P.C.
111 Broadway
18th Floor
New York , NY 10006
212-338-9100
Fax: 212-338-9088
Email: kaiser@ksmlaw.com
*TERMINATED: 04/03/2008*

V.

**Defendant**

**Interview, Inc.**     represented by **Mark E. Brossman**
Schulte Roth & Zabel LLP (NY)
919 Third Avenue
New York , NY 10022
(212)-756-2050
Fax: (212)-593-5955
Email: mark.brossman@srz.com
*TERMINATED: 02/27/2009*
*LEAD ATTORNEY*

        **Peter Thomas Shapiro**
Lewis Brisbois Bisgaard & Smith LLP
(Water St)
199 Water Street, 25th Floor
New York , NY 10038
212-232 1322
Fax: 212-232 1399
Email: pshapiro@lbbslaw.com
*ATTORNEY TO BE NOTICED*

**Sabrina Melissa Tann**
New York City Law Department
100 Church Street
New York , NY 10007
(212) 442-8600
Fax: (212) 788-9776
Email: stann@law.nyc.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brant Publications Inc.**　　　represented by　**Mark E. Brossman**
*as owner of Brant Publications*　　　(See above for address)
*TERMINATED: 02/27/2009*
*LEAD ATTORNEY*

**Peter Thomas Shapiro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sabrina Melissa Tann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Peter Brant**　　　represented by　**Mark E. Brossman**
*individually and as shareholder and*　　　(See above for address)
*owner of Brant Publications, Inc.*　　　*TERMINATED: 02/27/2009*
*LEAD ATTORNEY*

**Peter Thomas Shapiro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sabrina Melissa Tann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sandra J. Brant**　　　represented by　**Mark E. Brossman**

*individually and as shareholder and owner of Brant Publications, Inc.*

(See above for address)
TERMINATED: 02/27/2009
*LEAD ATTORNEY*

**Peter Thomas Shapiro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sabrina Melissa Tann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deborah Blasucci**
*individually and as the Executive Vice President and Chief Financial Officer of Interview Inc. and Brant Publications*

represented by **Mark E. Brossman**
(See above for address)
TERMINATED: 02/27/2009
*LEAD ATTORNEY*

**Peter Thomas Shapiro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sabrina Melissa Tann**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 06/15/2007 | 1 | COMPLAINT against Interview, Inc., Brant Publications Inc., Peter Brant, Sandra J. Brant, Deborah Blasucci. (Filing Fee $ 350.00, Receipt Number 618543)Document filed by Victoria Fuller.(jpo) Additional attachment(s) added on 6/21/2007 (Becerra, Maribel). (Entered: 06/18/2007) |
| 06/15/2007 | | SUMMONS ISSUED as to Interview, Inc., Brant Publications Inc., Peter Brant, Sandra J. Brant, Deborah Blasucci. (jpo) (Entered: 06/18/2007) |
| 06/15/2007 | | Magistrate Judge Debra C. Freeman is so designated. (jpo) (Entered: 06/18/2007) |
| 06/15/2007 | | Case Designated ECF. (jpo) (Entered: 06/18/2007) |
| 07/11/2007 | 2 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Interview, Inc. served on 6/21/2007, answer due 7/11/2007; Brant Publications Inc. served on 6/21/2007, answer due 7/11/2007; Peter Brant served on 6/25/2007, answer due 7/16/2007; Sandra J. Brant served on 6/25/2007, answer due 7/16/2007; Deborah Blasucci served on 6/25/2007, answer due 7/16/2007. Service was accepted by Deborah Blasucci. Document filed by Victoria Fuller. (Kaiser, Daniel) (Entered: 07/11/2007) |
| 07/11/2007 | 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Brant Publications, Inc. as Corporate Parent. Document filed by Interview, Inc.. |

| | | |
|---|---|---|
| | | (Brossman, Mark) (Entered: 07/11/2007) |
| 07/11/2007 | 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Brant Publications Inc..(Brossman, Mark) (Entered: 07/11/2007) |
| 07/11/2007 | 5 | ANSWER to Complaint with JURY DEMAND. Document filed by Interview, Inc., Brant Publications Inc., Peter Brant, Sandra J. Brant, Deborah Blasucci. (Brossman, Mark) (Entered: 07/11/2007) |
| 07/17/2007 | 6 | AMENDED ANSWER to 1 Complaint, with JURY DEMAND. Document filed by Interview, Inc., Brant Publications Inc., Peter Brant, Sandra J. Brant, Deborah Blasucci. (Brossman, Mark) (Entered: 07/17/2007) |
| 09/04/2007 | 7 | NOTICE OF CASE REASSIGNMENT to Judge Richard J. Sullivan. Judge Kenneth M. Karas is no longer assigned to the case. (js) (Entered: 09/11/2007) |
| 09/04/2007 | | Mailed notice to the attorney(s) of record. (js) (Entered: 09/11/2007) |
| 11/13/2007 | 8 | ORDER: Status Conference set for 12/13/2007 at 11:15 PM in Courtroom 21C, 500 Pearl Street, New York, NY 10007 before Judge Richard J. Sullivan. On December 6, by 5pm, the parties shall jointly submit a letter, not to exceed five (5) pages. The parties are directed to complete the Case Management plan and Order and submit it to the Court no later than 4pm on December 10. The status letter and the proposed Case Management plan submitted to the Court pursuant to this Order should be e-mailed directly to my case manager in chambers, at the following e-mail address- eileen_levine@nysd.uscourts.gov. Do not file thru ECF. (Signed by Judge Richard J. Sullivan on 11/15/07) (tro) (Entered: 11/16/2007) |
| 12/13/2007 | 9 | CASE MANAGEMENT PLAN AND SCHEDULING ORDER: Discovery due by 4/1/2008, Status Conference set for 4/7/2008 at 04:30 PM before Judge Richard J. Sullivan. (Signed by Judge Richard J. Sullivan on 12/13/2007) (jmi) (Entered: 12/14/2007) |
| 12/13/2007 | 10 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Settlement*-the parties request a conference at the Court's earliest convenience. Referred to Magistrate Judge Debra C. Freeman. (Signed by Judge Richard J. Sullivan on 12/13/2007) (jmi) (Entered: 12/14/2007) |
| 03/20/2008 | 11 | ENDORSED LETTER addressed to Judge Richard J. Sullivan from Mark E. Brossman dated 3/17/08 re: 3/12/08 letter in which caption and case number was omitted. ENDORSEMENT: The 4/7/08 conference shall take place as scheduled. The parties may raise their request for an extension of the discovery deadline at that time. SO ORDERED. (Signed by Judge Richard J. Sullivan on 3/20/08) (db) (Entered: 03/20/2008) |
| 03/31/2008 | 12 | FILING ERROR - ELECTRONIC FILING FOR NON-ECF DOCUMENT - NOTICE of Substitution of Attorney. Old Attorney: Daniel J. Kaiser, New Attorney: Alan J. Rich, Address: Law Offices of Alan J. Rich, LLC, 26 Court Street, Suite 1801, Brooklyn, New York, USA 11242, 212-921-2244. Document filed by Victoria Fuller. (Rich, Alan) Modified on 3/31/2008 (db). |

| | | |
|---|---|---|
| | | (Entered: 03/31/2008) |
| 03/31/2008 | | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 12 HAS BEEN REJECTED. Note to Attorney Alan J. Rich : THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING, either through ECF or otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be sent directly to a judge. (db) (Entered: 03/31/2008) |
| 04/03/2008 | 13 | CONSENT TO CHANGE ATTORNEY: It is hereby consented that Alan J. Rich, Esq., of the Law Offices of Alan J. Rich, LLC, be substituted as attorneys of record for the undersigned parties, in the above entitled action in place and stead of the undersigned outgoing attorneys. (Signed by Judge Richard J. Sullivan on 4/3/08) (tro) (Entered: 04/04/2008) |
| 04/04/2008 | 14 | NOTICE OF APPEARANCE by Alan J. Rich on behalf of Victoria Fuller (Rich, Alan) (Entered: 04/04/2008) |
| 04/08/2008 | 15 | ORDER: Discovery is extended for a period of 60 days. Further conference is scheduled for June 9 at 4:30 p.m. Counsel shall submit a joint status letter to the court no later than June 2. So Ordered. (Signed by Judge Richard J. Sullivan on 4/8/08) (js) (Entered: 04/09/2008) |
| 04/08/2008 | | Minute Entry for proceedings held before Magistrate Judge Debra C. Freeman: Telephone Conference held on 4/8/2008( Telephone Conference set for 5/13/2008 at 11:00 AM before Magistrate Judge Debra C. Freeman.) (jw) (Entered: 04/28/2008) |
| 05/23/2008 | | Minute Entry for proceedings held before Magistrate Judge Debra C. Freeman: Pretrial Status Telephone Conference held on 5/23/2008. Telephone Conference set for 6/11/2008 at 02:30 PM before Magistrate Judge Debra C. Freeman. (jpo) (Entered: 06/06/2008) |
| 05/30/2008 | 16 | ENDORSED LETTER addressed to Judge Richard J. Sullivan from Alan J. Rich dated May 30, 2008 re: I respectfully request that the Court adjourn the June 9 conference and reschedule it for a later date. ENDORSEMENT: The June 9, 2008 conference is hereby adjourned to June 13, 2008 at 12:00 noon. The parties' request for a further extension of the case management plan is DENIED. (Signed by Judge Richard J. Sullivan on 5/30/08) (rw) (Entered: 05/30/2008) |
| 06/05/2008 | 17 | ENDORSED LETTER addressed to Judge Richard J. Sullivan from Jill Goldberg Mintzer dated 6/3/08 re: Counsel for Defendants seek clarification of the May 30 Order and confirmation that the Court intends to issue a revised case management plan at or following the 6/13/08 conference. ENDORSEMENT: The parties shall appear for a status conference on June 13, 2008, at which time we will take up the issue of a revised discovery schedule. (Signed by Judge Richard J. Sullivan on 6/4/08) (tro) (Entered: 06/05/2008) |
| 06/11/2008 | | Minute Entry for proceedings held before Magistrate Judge Debra C. Freeman: Telephone Conference held on 6/11/2008. (tro) (Entered: 06/20/2008) |
| 06/19/2008 | 18 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be |

| | | |
|---|---|---|
| | | referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non dispositive pretrial motions, and settlement) Case Management plan is stayed. Referred to Magistrate Judge Debra C. Freeman. (Signed by Judge Richard J. Sullivan on 6/19/08) (cd) (Entered: 06/19/2008) |
| 12/19/2008 | | Minute Entry for proceedings held before Magistrate Judge Debra C. Freeman: Telephone Conference held on 12/19/2008. Follow-up Telephone Conference set for 1/28/2009 at 11:00 AM before Magistrate Judge Debra C. Freeman. (mro) (Entered: 01/07/2009) |
| 12/30/2008 | 19 | ENDORSED LETTER addressed to Magistrate Judge Debra C. Freeman from Alan J. Rich dated 12/24/2008 re: The parties request that the Court permit to reserve their rights to amend the following proposed discovery schedule: By January 15, 2009 the parties shall identify what, if any, outstanding discovery are to be responded to. Parties shall respond to the above identified outstanding discovery within 30 days of such identification. Initial new discovery requests by January 30, 2009, without prejudice to make further discovery requests thereafter. June 1, 2009 discovery end for non-expert discovery. By July 15, 2009 for production of expert discovery, except for depositions of experts which shall be by August 15, 2009. Joint Pretrial Order by September 15, 2009. ENDORSEMENT: Any motion to amend the pleadings or to join additional parties shall be made no later than February 13, 2009, the within schedule, as modified is adopted. So Ordered. (Signed by Magistrate Judge Debra C. Freeman on 12/30/2008) (jfe) Modified on 1/13/2009 (jfe). Modified on 1/16/2009 (jfe). (Entered: 12/30/2008) |
| 12/30/2008 | | Set/Reset Deadlines: Status Report due by 1/27/2009. (jfe) Modified on 1/16/2009 (jfe). (Entered: 01/14/2009) |
| 12/30/2008 | | Set/Reset Deadlines: Pretrial Order due by 9/15/2009. (jfe) (Entered: 01/16/2009) |
| 01/14/2009 | 20 | ORDER: IT IS HEREBY ORDERED that, by January 27, 2009, the parties shall jointly submit a letter, not to exceed five (5) pages, providing, in separate paragraphs: (1) A brief statement of the nature of the action and the principal defenses thereto; (2) A brief explanation of why jurisdiction and venue lie in this court; (3) A brief description of all outstanding motions and/or outstanding requests to file motions; (4) A list of all existing deadlines and any upcoming conferences that were previously scheduled; (5) A brief description of any discovery remaining, specifying that which is necessary for the parties to engage in meaningful settlement negotiations; (6) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any; (7) The estimated length of trial; and (8) Any other information that you believe may assist this Court in resolving this action. All letters submitted to the Court pursuant to this Order should be mailed directly to chambers, and not filed electronically. Please consult my Individual Rules with respect to communications with chambers and related matters. (Signed by Judge Richard J. Sullivan on 1/13/2009) (jfe) (Entered: 01/14/2009) |
| 01/27/2009 | 21 | ENDORSED LETTER addressed to Judge Richard J. Sullivan from Alan J. |

| | | |
|---|---|---|
| | | Rich dated 1/25/2009 re: Counsel writes requesting an adjournment of the production of the joint status letter due 1/27/2009 pending defense counsel's withdrawal or plaintiff's motion to disqualify defense counsel. ENDORSEMENT: Request denied. The parties are to submit the previously ordered joint status letter by 1/27/2009. SO ORDERED. (Signed by Judge Richard J. Sullivan on 1/26/2009) (tve) (Entered: 01/27/2009) |
| 01/29/2009 | 22 | ORDER: Accordingly, Plaintiff's request for permission to file the above-referenced motions before this Court, and for a stay of this matter pending resolution of those motions, are DENIED. Plaintiff is directed to submit these requests to Magistrate Judge Freeman. (Signed by Judge Richard J. Sullivan on 1/28/09) (tro) (Entered: 01/29/2009) |
| 02/10/2009 | 23 | NOTICE of Substitution of Attorney. Old Attorney: Mark E. Brossman, Esq., New Attorney: Peter T. Shapiro, Esq., Address: Lewis Brisbois Bisgaard & Smith LLP, 199 Water Street, Suite 2500, New York, New York, USA 10038, (212) 232-1300. Document filed by Interview, Inc., Brant Publications Inc., Peter Brant, Sandra J. Brant, Deborah Blasucci. (Shapiro, Peter) (Entered: 02/10/2009) |
| 02/11/2009 | 24 | NOTICE OF APPEARANCE by Peter Thomas Shapiro on behalf of Interview, Inc., Brant Publications Inc., Peter Brant, Sandra J. Brant, Deborah Blasucci (Shapiro, Peter) (Entered: 02/11/2009) |
| 02/13/2009 | 25 | NOTICE OF APPEARANCE by Sabrina Melissa Tann on behalf of Interview, Inc., Brant Publications Inc., Peter Brant, Sandra J. Brant, Deborah Blasucci (Tann, Sabrina) (Entered: 02/13/2009) |
| 02/14/2009 | 26 | FILING ERROR - DEFICIENT DOCKET ENTRY - FIRST MOTION to Amend/Correct *the Complaint*. Document filed by Victoria Fuller. Return Date set for 3/4/2009 at 09:30 AM. (Attachments: # 1 Memorandum of Law in Support of Plaintiff's Motion to Amend the Complaint, # 2 Declaration of Attorney Alan J. Rich in Support of Motion to Amend Complaint, # 3 Exhibit A - Proposed Amended Complaint, # 4 Exhibit B - Original Complaint, # 5 Exhibit C - Fuller Declaration, # 6 Exhibit D - Termination Letter, # 7 Exhibit E - Joint Status Letter, # 8 Exhibit F - Employment Agreement with amendments, # 9 Exhibit G - Brossman email re advice of counsel - 1-23-09, # 10 Exhibit H - Brossman email 12-11-06, # 11 Exhibit I - Discovery Schedule - Doc. no. 19 - 12-30-08)(Rich, Alan) Modified on 2/18/2009 (jar). (DOCUMENT SEALED AS PER ENTRY #34, on 3/6/09) (Entered: 02/14/2009) |
| 02/14/2009 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Alan Rich to RE-FILE Document 26 FIRST MOTION to Amend/Correct *the Complaint*. ERROR(S): Supporting Documents must be filed individually. Use the event types Memorandum of Law in Support and Declaration in Support found under event list Replies, Oppositions, Supporting Documents (each Declaration must be filed separately. Include case name and case number on both Declarations before re-filing). ***REMINDER: The motion must first be re-filed, then file the supporting document and link it to the correctly re-filed motion. (jar) (Entered: 02/18/2009) |
| | | |

| | | |
|---|---|---|
| 02/17/2009 | 27 | ENDORSED LETTER addressed to Magistrate Judge Debra Freeman from Alan Rich dated 2/17/09 re: Request that the Court permit the nun pro tunc filing of plaintiff's Motion to Amend the Complaint. ENDORSEMENT: So ordered. (Signed by Magistrate Judge Debra C. Freeman on 2/17/09) (cd) (Entered: 02/18/2009) |
| 02/18/2009 | 28 | FIRST MOTION to Amend/Correct *the Complaint*. Document filed by Victoria Fuller. Return Date set for 3/4/2009 at 09:30 AM. (Attachments: # Exhibit A - Proposed Amended Complaint, # Exhibit B - Original Complaint, # Exhibit C - Declaration of Client Victoria Fuller, # Exhibit D - Termination Letter dated March 27, 2007, # Exhibit E - Joint Letter to Court, January 27, 2009, # Exhibit F - Employment Agreement with Amendments, # Exhibit G - Brossman advice of counsel defense email, January 23, 2009, # Exhibit H - Brossman email to Blasucci, Dec. 11, 2006, # Exhibit I - Scheduling Order, Doc. 19, 12-30-08) (Rich, Alan) (Entered: 02/18/2009) |
| 02/18/2009 | 29 | FILING ERROR - DEFICIENT DOCKET ENTRY - DECLARATION of Attorney Alan J. Rich in Support re: 28 FIRST MOTION to Amend/Correct *the Complaint*.. Document filed by Victoria Fuller. (Rich, Alan) Modified on 2/19/2009 (jar). (Entered: 02/18/2009) |
| 02/18/2009 | 30 | FIRST MEMORANDUM OF LAW in Support re: 28 FIRST MOTION to Amend/Correct *the Complaint*.. Document filed by Victoria Fuller. (Rich, Alan) (Entered: 02/18/2009) |
| 02/18/2009 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Alan Rich to RE-FILE Document 29 Declaration in Support of Motion. ERROR(S): The case name and case number must be included when filing this document. (jar) (Entered: 02/19/2009) |
| 02/25/2009 | 31 | ORDER: The Clerk of the Court is hereby directed to remove the following filed documents from the Court's Electronic Case Filing (ECF) system, and to maintain these documents under seal, pending further order of the Court: (1) Notice of Motion To Amend Complaint, and exhibits attached thereto (Dkt. 28), and (2) Memorandum of Law in Support of Plaintiffs Motion To Amend Complaint (Dkt. 30). (Signed by Magistrate Judge Debra C. Freeman on 2/25/09) (db) (Entered: 02/25/2009) |
| 02/25/2009 | | Transmission to Sealed Records Clerk. Transmitted re: 31 Order, to the Sealed Records Clerk for the sealing or unsealing of document or case. (db) (Entered: 02/25/2009) |
| 02/25/2009 | | Minute Entry for proceedings held before Magistrate Judge Debra C. Freeman: Telephone Conference held on 2/25/2009. (mro) (Entered: 03/11/2009) |
| 02/27/2009 | 32 | NOTICE OF SUBSTITUTION OF COUNSEL: PLEASE TAKE NOTICE that Peter T. Shapiro, Esq., of Lewis Brisbois Bisgaard & Smith LLP, should be substituted as counsel of record for defendants Interview, Inc., Brant Publications, Inc., Peter Brant, Sandra J. Brant and Deborah Blasucci in the above-captioned proceeding, in place of Mark E. Brossman, Esq., of Schulte Roth & Zabel LLP. PLEASE TAKE FURTHER NOTICE that all pleadings, notices of hearing, and other filings in this matter be served upon Lewis |

| | | |
|---|---|---|
| | | Brisbois Bisgaard & Smith LLP and directed to the attention of Peter Shapiro, Esq., at the address set forth below. (Signed by Magistrate Judge Debra C. Freeman on 2/27/2009) (jfe) (Entered: 02/27/2009) |
| 03/06/2009 | 33 | SCHEDULING ORDER: no later than 3/13/09, Defendants shall (a) submit a letter brief on the issue of attorney-client privilege raised before the Court at the 2/25 conference... Response due by 3/31/2009. Reply due by 4/3/2009. Telephone Conference set for 4/15/2009 at 10:00 AM before Magistrate Judge Debra C. Freeman. (Signed by Magistrate Judge Debra C. Freeman on 3/5/09) Copies sent by chambers.(cd) (Entered: 03/06/2009) |
| 03/06/2009 | 34 | ENDORSED LETTER addressed to Magistrate Judge Debra C. Freeman from Peter Shapiro dated 3/6/09 re: Defendants request that the ECF Clerk be directed to seal entry number 26 on the docket sheet. ENDORSEMENT: Granted. (Signed by Magistrate Judge Debra C. Freeman on 3/6/09) (cd) (Entered: 03/06/2009) |
| 03/10/2009 | | Minute Entry for proceedings held before Magistrate Judge Debra C. Freeman: Telephone Conference held on 3/10/2009. Parties to brief the privilege issue. (mro) (Entered: 03/11/2009) |
| 04/14/2009 | 35 | ENDORSED LETTER addressed to Magistrate Judge Debra C. Freeman from Peter T. Shapiro dated 4/14/09 re: Counsel for Defendants request that the Court grant the motion on default, or direct that defendants only need to respond to the opposing papers already in hand. ENDORSEMENT: If plaintiffs opposition papers are not served and filed by April 17, 2009, the Court will decide the pending motion based on Defendant's submissions alone. (Signed by Magistrate Judge Debra C. Freeman on 4/14/09) (tro) (Entered: 04/15/2009) |
| 04/17/2009 | 36 | ENDORSED LETTER addressed to Magistrate Judge Debra C Freeman from Alan Rich dated 4/17/09 re: Request that the Court extend plaintiff's time to oppose defendants' motion for a protective order from 4/17/09, to 4/20/09. ENDORSEMENT: Granted. Although, based on Mr. Shapiro's correspondence to the court, the Court accepts that his e-mail to Mr. Rich was indeed delivered, the Court will nonetheless grant the requested extension in the interest of justice. Under all of the circumstances presented, however, the deadline of 4/20/09 will be considered final. No further extensions will be granted. Reply papers, if any, shall be served and filed no later than 4/27/09. ( Reply due by 4/27/2009. Response due by 4/20/2009) (Signed by Magistrate Judge Debra C. Freeman on 4/17/09) (cd) (Entered: 04/20/2009) |
| 04/22/2009 | 37 | ENDORSED LETTER: addressed to Magistrate Judge Debra C. Freeman from Peter T. Shapiro dated 4/21/09 re: Counsel for defendant request they be permitted to seek additional time to respond on Thursday April 23. If it appears that they reply papers cannot be completed by Monday April 27. ENDORSEMENT: The Court will consider the oversized opposition brief to the extent the arguments therein reasonably respond to the motion. If defendants were to have additional time to reply, they should discuss a proposed modified schedule with plaintiff and submit a proposed modification to the Court. Plaintiff's counsel is directed to provide a courtesy copy of plaintiff's paper to chambers (not on disk). So Ordered. ( Responses due by 4/23/2009) (Signed by Magistrate Judge Debra C. Freeman on 4/22/09) (js) |

| | | |
|---|---|---|
| | | (Entered: 04/22/2009) |
| 05/12/2009 | 38 | ENDORSED LETTER addressed to Magistrate Judge Debra C. Freeman from Sabrina Tann dated 5/8/09 re: Mr. Rich's request to file a sur-reply should be denied. ENDORSEMENT: The Court will only consider plaintiff's sur-reply to the extent it may respond to matters raised for the first time on reply. No further submissions. (Signed by Magistrate Judge Debra C. Freeman on 5/8/09) (cd) (Entered: 05/12/2009) |
| 05/21/2009 | | Minute Entry for proceedings held before Magistrate Judge Debra C. Freeman: Telephone Conference held on 5/21/2009 regarding discovery dispute. (mbe) (Entered: 06/11/2009) |
| 09/30/2009 | 39 | ORDER; The Clerk of the Court is hereby directed to docket the following submissions of the parties, but not to place the materials on the Court's Electronic Case Filing ("ECF") System, but rather to maintain these materials under seal, pending further order of the Court: 1. Notice of Motion for a Protective Order and Other Relief; 2. Memorandum of Law in Support of Defendants' Motion for a Protective Order and Other Relief; 3. Plaintiff's Memorandum in Opposition to Defendants' Motion for a Protective Order and Other Relief; 4. Defendants' Reply Memorandum in Further Support of their Motion for a Protective Order and Other Relief; and 5. Reply Declaration of Peter T. Shapiro. (Signed by Magistrate Judge Debra C. Freeman on 9/30/09) (ae) (Entered: 09/30/2009) |
| 09/30/2009 | 40 | SEALED DOCUMENT placed in vault.(jri) (Entered: 09/30/2009) |
| 09/30/2009 | 41 | SEALED DOCUMENT placed in vault.(jri) (Entered: 09/30/2009) |
| 09/30/2009 | 42 | SEALED DOCUMENT placed in vault.(jri) (Entered: 09/30/2009) |
| 09/30/2009 | 43 | SEALED DOCUMENT placed in vault.(jri) (Entered: 09/30/2009) |
| 09/30/2009 | 44 | SEALED DOCUMENT placed in vault.(jri) (Entered: 09/30/2009) |
| 09/30/2009 | 45 | MEMORANDUM AND ORDER that for the foregoing reasons, Defendants' motion for a protective order (Dkt 40) is granted; Defendants' request for costs and fees is denied; and denying without prejudice 28 Motion to Amend/Correct. Plaintiff and her counsel are directed to destroy all copies of the privileged documents in their possession or control..... (Signed by Magistrate Judge Debra C. Freeman on 9/30/09) Copies sent by Chambers(cd) (Entered: 10/01/2009) |
| 10/14/2009 | 46 | ORDER: Accordingly, Plaintiffs requests are hereby GRANTED. Plaintiff shall file her objections and accompanying documents with the Court by email. However, the brief in support of Plaintiffs objections shall not exceed 30 pages. So Ordered (Signed by Judge Richard J. Sullivan on 10/14/09) (js) (Entered: 10/15/2009) |
| 10/25/2009 | 47 | ORDER: The Court is in receipt of Defendants' 10/22/09 letter, which requests an extension of time to file an opposition to Plaintiff's objections to Magistrate Judge Freeman's 9/30/09 Order. The request is hereby GRANTED. Defendants shall file their opposition papers by 11/3/09. Plaintiff shall file her reply by 11/16/09. (Signed by Judge Richard J. Sullivan on 10/23/09) (tro) (Entered: 10/26/2009) |
| | | |

| 11/16/2009 | 48 | FIRST MOTION for Extension of Time to File Response/Reply as to 46 Order, 47 Order,, Set Deadlines,., MOTION for Extension of Time to File *Reply re Objections to Magistrate's Order from Nov. 16 to Nov. 19, 2009 (see also document filed under seal with chambers)*. Document filed by Victoria Fuller. (Rich, Alan) (Entered: 11/16/2009) |
|---|---|---|
| 11/16/2009 | 49 | ORDER: Accordingly, and despite the fact that the request was submitted on the very same day that the reply was due, in contravention of my individual practices, the request is hereby GRANTED. Plaintiff shall submit her reply by November 19, 2009. No further extensions shall be granted. Future requests of this nature however, should be submitted by email, rather than filed on ECF, as stated in my individual practices. The clerk of the court is respectfully directed to terminate the motion that appears at document number 48. (Signed by Judge Richard J. Sullivan on 11/16/2009) (jpo) (Entered: 11/16/2009) |
| 12/17/2009 | 50 | ORDER: Accordingly, Plaintiffs objections are hereby overruled. (Signed by Judge Richard J. Sullivan on 12/16/2009) (jfe) (Entered: 12/17/2009) |
| 01/22/2010 | 51 | ENDORSED LETTER addressed to Magistrate Judge Debra C. Freeman from Peter T. Shapiro dated 1/19/2010 re: I write to request that Your Honor schedule a telephone conference to address outstanding discovery issues and assist with achieving a new discovery schedule. Thank you for your attention to this matter. ENDORSEMENT: The parties are directed to confer in good faith and, to the extent possible that believe a modified discovery schedule is needed, to submit a jointly-proposed schedule to the court for its consideration. SO ORDERED. (Signed by Magistrate Judge Debra C. Freeman on 1/22/2010) (rw) Modified on 1/22/2010 (rw). (Entered: 01/22/2010) |
| 01/22/2010 | | ***DELETED DOCUMENT. Deleted document number 52 ENDORSED LETTER. The document is a duplicate of docket entry number 51. (rw) (Entered: 01/22/2010) |
| 02/08/2010 | | Minute Entry for proceedings held before Magistrate Judge Debra C. Freeman: Telephone Status Conference held on 2/8/2010. Status Telephone conference set for 3/24/2010 at 11:00 a.m. (tro) (Entered: 02/19/2010) |
| 02/16/2010 | 52 | SCHEDULING ORDER: The parties are excused from the restrictions on interrogatories set forth in Local Civil Rule 33.3(a). Fact dsicovery in this case shall be completed no later than 6/11/2010. the parties are free to stipulate to interim dates for, inter alia, responses to outstanding discovery demands and completion of fact depositions. Plaintiffs shall serve and file her expert report(s) no later than 7/12/2010. Defendants shall serve and filed their expert report(s) no later than 8/12/2010. Expert discovery shall be completed no later than 8/31/2010. Counsel are directed to jointly initiate a telephone conference call to my chambers on 3/24/2010 at 11:00 AM before Magistrate Judge Debra C. Freeman. (Signed by Magistrate Judge Debra C. Freeman on 2/16/2010) (tro) (Entered: 02/16/2010) |
| 03/24/2010 | | Minute Entry for proceedings held before Magistrate Judge Debra C. Freeman: Status Telephone Conference held on 3/24/2010. Follow up Status Conference set for 5/18/2010 at 02:30 PM before Magistrate Judge Debra C. Freeman. (mro) (Entered: 04/05/2010) |

| 04/30/2010 | 53 | STIPULATION AND PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material....ENDORSEMENT: The within stipulation is adopted by the Court with the following additions: (1) If a party wishes to file any "Confidential Material" with the Court, the material should be publicly filed in redacted form, and an unredacted copy should be filed with the Clerk in a sealed envelope bearing a legend indicating that is being filed under seal pursuant to this Order, and (2) any application to maintain the confidentiality of material at trial shall be made to the trial judge, in advance of trial. (Signed by Magistrate Judge Debra C. Freeman on 4/30/2010) (tro) (Entered: 05/03/2010) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/06/2010 14:25:57 | | | |
| **PACER Login:** | ar0276 | **Client Code:** | Fuller v Interview |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-05728-RJS-DCF |
| **Billable Pages:** | 9 | **Cost:** | 0.72 |