## Alan Rich

**From:** Peter Shapiro [pshapiro@lbbslaw.com]
**Sent:** Thursday, May 27, 2010 6:26 PM
**To:** Alan Rich
**Subject:** RE: Fuller v Brant (AAA)

The technical problems have been solved and we have sent out to you today by overnight mail a disk containing those documents in a searchable format. Accordingly, please advise as soon as possible if you will agree to a schedule as directed by Judge Freeman. We may have to revisit specific dates based on schedule changes in the interim.

Peter T. Shapiro, Esq.
Lewis Brisbois Bisgaard & Smith LLP
199 Water Street
New York, NY 10038
Phone: 212-232-1322
Fax: 212-232-1399


>>> "Alan Rich" <arich@richlaw.us> 5/26/2010 1:48 PM >>>
I am uncomfortable agreeing to a discovery schedule as my prior
understand was premised on our being provided a usable copy of BRANT ARB
00001 through 021924. This is nearly 22,000 documents that have yet to
be produced in a usable format and that my client needs to review. I
would prefer to advise the court that those documents need to be
produced, a date when that will happen and that we will be able to file
a schedule shortly after the receipt of those documents. If the court
wishes to confer in the interim, I am available for that.

Please advise. Thank you.


Alan J. Rich, Esq.
Law Offices of Alan J. Rich, LLC
26 Court Street, Suite 1801
Brooklyn, NY  11242
Tel: 212.921.2244
ARich@RichLaw.US

-----Original Message-----
From: Peter Shapiro [mailto:pshapiro@lbbslaw.com]
Sent: Monday, May 17, 2010 5:01 PM
To: Alan Rich
Subject: Fuller v Brant (AAA)

We are sending out to you today a CD containing searchable documents
bates stamped BRANT ARB 032522 through 034975, which are documents that
have not been produced previously. We had planned to produce
reformatted, searchable versions of documents bates stamped BRANT ARB
00001 through 021924 today as well, but due to computer problems the
reformatted version was lost and we are recreating that work. The
production will be made in the near future.

7/18/2010

Peter T. Shapiro, Esq.
Lewis Brisbois Bisgaard & Smith LLP
199 Water Street
New York, NY 10038
Phone: 212-232-1322
Fax: 212-232-1399

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.819 / Virus Database: 271.1.1/2881 - Release Date: 05/18/10 02:26:00

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.819 / Virus Database: 271.1.1/2897 - Release Date: 05/27/10 02:25:00

7/18/2010