| | |
|---|---|
| **From:** | Adrien Bellezza <abellezza@brantpub.com> |
| **Sent:** | Tuesday, April 24, 2007 2:41 PM |
| **To:** | kingvarsson@genart.org |
| **Subject:** | RE: Waitress |

Not officially, but he is pretty much in charge.

So did you hear how VF walked back into the office like nothing happened, and then tried to get into her office but couldnt! Because they changed the locks on her office door the day she left. She was flipping out. Then she quasi-threatened David and I witnesses it, so I had to write out an affidavit. It was crazy!!! I might have to testify in court about it. Then they let her back in the office for like another three weeks and told us business as usual, act like she still is the AP! They finally got some balls and suspended her.  What a mess. Now its all in the lawyers hands I guess.

Thanks for getting me a pair of tix! Too bad I won't see you there and fill you in inperson. My VF story is sooo much better with hand gestures. Why you going to Sweden? Vaca?

---

**From:** Keri Ingvarsson [mailto:kingvarsson@genart.org]
**Sent:** Tuesday, April 24, 2007 2:27 PM
**To:** 'Adrien Bellezza'
**Subject:** FW: Waitress


Is David the AP yet?

---

**From:** Keri Ingvarsson [mailto:kingvarsson@genart.org]
**Sent:** Tuesday, April 24, 2007 2:23 PM
**To:** 'Adrien Bellezza'
**Subject:** RE: Waitress

fill me in!
PLEASE!!!

of course i will save a set for you - i know you love film, so just let me know whenever you want to attend an event.

k

---

**From:** Adrien Bellezza [mailto:abellezza@brantpub.com]
**Sent:** Tuesday, April 24, 2007 2:13 PM
**To:** kingvarsson@genart.org
**Subject:** Waitress

Hey Keri,

How's it going? I heard one of our interns is helping out at Gen Art. She probably has horrible things to say about us right? Kidding. Even I have horrible things to say about us, and I still work here. So did you know we are doing the premiere of Waitress (im sure you did)? I just got a email from Gen Art telling me about your advanced screening of Waitress. Since I won't get to see it at our event, think you can reserve me a seat or two for yours? How sad is that? I don't even get to watch the film my own magazine is screening! Hope all is well.

Adrien

PS I need to fill you in on the latest gossip, if you haven't already heard about VF.

BRANT ARB 025015

| **From:** | Keri Ingvarsson <kingvarsson@genart.org> |
|---|---|
| **Sent:** | Tuesday, April 24, 2007 2:44 PM |
| **To:** | Adrien Bellezza <abellezza@brantpub.com> |
| **Subject:** | RE: Waitress |

OMG. I heard bits from others too - sounds like her "day" finally arrived.
How is her relationship with David now?

Going to Sweden for family event - it's Isabella's first trip there so I am excited!

---

**From:** Adrien Bellezza [mailto:abellezza@brantpub.com]
**Sent:** Tuesday, April 24, 2007 2:41 PM
**To:** kingvarsson@genart.org
**Subject:** RE: Waitress

Not officially, but he is pretty much in charge.

So did you hear how VF walked back into the office like nothing happened, and then tried to get into her office but couldnt! Because they changed the locks on her office door the day she left. She was flipping out. Then she quasi-threatened David and I witnesses it, so I had to write out an affidavit. It was crazy!!! I might have to testify in court about it. Then they let her back in the office for like another three weeks and told us business as usual, act like she still is the AP! They finally got some balls and suspended her.  What a mess. Now its all in the lawyers hands I guess.

Thanks for getting me a pair of tix! Too bad I won't see you there and fill you in inperson. My VF story is sooo much better with hand gestures. Why you going to Sweden? Vaca?

---

**From:** Keri Ingvarsson [mailto:kingvarsson@genart.org]
**Sent:** Tuesday, April 24, 2007 2:27 PM
**To:** 'Adrien Bellezza'
**Subject:** FW: Waitress


Is David the AP yet?

---

**From:** Keri Ingvarsson [mailto:kingvarsson@genart.org]
**Sent:** Tuesday, April 24, 2007 2:23 PM
**To:** 'Adrien Bellezza'
**Subject:** RE: Waitress

fill me in!
PLEASE!!!

of course i will save a set for you - i know you love film, so just let me know whenever you want to attend an event.


k

---

**From:** Adrien Bellezza [mailto:abellezza@brantpub.com]
**Sent:** Tuesday, April 24, 2007 2:13 PM
**To:** kingvarsson@genart.org
**Subject:** Waitress

Hey Keri,

BRANT ARB 025016

How's it going? I heard one of our interns is helping out at Gen Art. She probably has horrible things to say about us right? Kidding. Even I have horrible things to say about us, and I still work here. So did you know we are doing the premiere of Waitress (im sure you did)? I just got a email from Gen Art telling me about your advanced screening of Waitress. Since I won't get to see it at our event, think you can reserve me a seat or two for yours? How sad is that? I don't even get to watch the film my own magazine is screening! Hope all is well.

Adrien

PS I need to fill you in on the latest gossip, if you haven't already heard about VF.

BRANT ARB 025017

| | |
|---|---|
| **From:** | Adrien Bellezza <abellezza@brantpub.com> |
| **Sent:** | Tuesday, April 24, 2007 3:23 PM |
| **To:** | kingvarsson@genart.org |
| **Subject:** | RE: Waitress |

Not 100% sure, but I think it's safe to say they are not friends anymore.

---

**From:** Keri Ingvarsson [mailto:kingvarsson@genart.org]
**Sent:** Tuesday, April 24, 2007 2:44 PM
**To:** 'Adrien Bellezza'
**Subject:** RE: Waitress

OMG. I heard bits from others too - sounds like her "day" finally arrived.
How is her relationship with David now?

Going to Sweden for family event - it's Isabella's first trip there so I am excited!

---

**From:** Adrien Bellezza [mailto:abellezza@brantpub.com]
**Sent:** Tuesday, April 24, 2007 2:41 PM
**To:** kingvarsson@genart.org
**Subject:** RE: Waitress

Not officially, but he is pretty much in charge.

So did you hear how VF walked back into the office like nothing happened, and then tried to get into her office but couldnt! Because they changed the locks on her office door the day she left. She was flipping out. Then she quasi-threatened David and I witnesses it, so I had to write out an affidavit. It was crazy!!! I might have to testify in court about it. Then they let her back in the office for like another three weeks and told us business as usual, act like she still is the AP! They finally got some balls and suspended her.  What a mess. Now its all in the lawyers hands I guess.

Thanks for getting me a pair of tix! Too bad I won't see you there and fill you in inperson. My VF story is sooo much better with hand gestures. Why you going to Sweden? Vaca?

---

**From:** Keri Ingvarsson [mailto:kingvarsson@genart.org]
**Sent:** Tuesday, April 24, 2007 2:27 PM
**To:** 'Adrien Bellezza'
**Subject:** FW: Waitress


Is David the AP yet?

---

**From:** Keri Ingvarsson [mailto:kingvarsson@genart.org]
**Sent:** Tuesday, April 24, 2007 2:23 PM
**To:** 'Adrien Bellezza'
**Subject:** RE: Waitress

fill me in!
PLEASE!!!

of course i will save a set for you - i know you love film, so just let me know whenever you want to attend an event.

k

BRANT ARB 025018

**From:** Adrien Bellezza [mailto:abellezza@brantpub.com]
**Sent:** Tuesday, April 24, 2007 2:13 PM
**To:** kingvarsson@genart.org
**Subject:** Waitress

Hey Keri,

How's it going? I heard one of our interns is helping out at Gen Art. She probably has horrible things to say about us right? Kidding. Even I have horrible things to say about us, and I still work here. So did you know we are doing the premiere of Waitress (im sure you did)? I just got a email from Gen Art telling me about your advanced screening of Waitress. Since I won't get to see it at our event, think you can reserve me a seat or two for yours? How sad is that? I don't even get to watch the film my own magazine is screening! Hope all is well.

Adrien

PS I need to fill you in on the latest gossip, if you haven't already heard about VF.

BRANT ARB 025019

| | |
|---|---|
| **From:** | Adrien Bellezza <abellezza@brantpub.com> |
| **Sent:** | Friday, May 25, 2007 9:27 AM |
| **To:** | Wei-sing Shih <weisings@gmail.com> |
| **Subject:** | RE: Yo |

Hey Wei,
I cant believe it! Thank you so much for helping us out again.

So where do I begin???

How about Victoria. She no longer works here. If you haven't heard. She went on sick leave, before they could lay her off. They even changed the locks on her office door. But then one day she randomly showed up at the office like nothing ever changed. It was maddddnesssss. So they finally suspended her and I do believe a law suit is involved. I even had to go through her expenses and explain to Debbie Blassuci which expenses were made up. I might have to testify in court. Along with Josh Homer.

David is un-offically the associate publisher, but I don't think he can do anything until the lawsuit and everything is over with.  He still moans out loud when aggravated. But now it usually is because of Sandy and not Victoria.

Kristina is still here. The poor thing. She's trying to escape, but she's not really sure what she wants to do, and she is constantly abused by VPF and Regina. There is a girl that took over for Josh Homer. Her name is Marie LaFrance. She assists David and handles the satellite reps.

Im sure you remember Dan. He still refers to you as Y-Sing instead of Wei-Sing. He's a walk in the park to help. And Renata's.,..well Renata's Renata.

We have a website. Believe it or not. www.interviewmagazine.com  in case you are interested. It's actually a nightmare right now because I don't think they have learned who they are marketing it to. They really want to start selling ad space on the website, but since no one really visits our website I don't know how long it will take for that to actually happen.

There is a new promotions team. Its this guy JA. He's good. Then there is a marketing coordinator, Elliot. Straight out of college. He pretty much took over for Yvonne, but all he basically does is graphics. He doesn't write anything or do any marketing research. He just plays on his mac all day and make proposals look nice. We outsourced the marketing research. And even though this kid does some nice stuff, it's not what they really want. So Vince has poor Kristina redo Elliots presentations they way Yvonne had them originally.

We have also lost our 3rd Managing editor in less than a year. I don't know if you remember Derek. But he quit last summer, and then Bill Vouvillas took over, he quit and then they hired this new girl. She lasted less than 3 months, Ingrid is so pissed that she wont even talk to the girl. Plus pretty much the whole photo department quit and the art director. So we have nothing but freelance people in edit and production. Emily is still here though.

Well that's it in a nutshell. Im sure more interesting stuff will happen while you are here. Thank you again Wei. I really appreciate it and David is going to be super excited to hear you are coming back.

Ill touch base with you soon, so we can schedule a cross over day.

Bye for now.

Adrien

---

**From:** Wei-sing Shih [mailto:weisings@gmail.com]
**Sent:** Thursday, May 24, 2007 7:12 PM
**To:** Adrien Bellezza
**Subject:** Re: Yo

Adrien,