| | |
|---|---|
| **From:** | Staci Buhler <sbuhler@brantpub.com> |
| **Sent:** | Thursday, March 22, 2007 12:23 PM |
| **To:** | Debbie Blasucci <dblasucci@brantpub.com> |
| **Subject:** | Re: |

Gotcha, will do.



-----Original Message-----
From: "Deborah Blasucci" <dblasucci@brantpub.com>
Date: Thu, 22 Mar 2007 10:59:40
To:<sbuhler@brantpub.com>
Subject:

Staci,
I understand that you questioned an assistant with respect to Victoria Fuller.  It is not appropriate for you to question a subordinate with respect to management issues.  Any questions should be addressed to me.  Please note that we have instructed staff that if a client asks to speak with Victoria, to reply that Victoria is not currently available, and to refer the client to the appropriate staff member.  I look forward to speaking with you.


Debbie


Deborah Blasucci

Executive Vice President / CFO

Brant Publications, Inc.
INTERVIEW, Art in America, The Magazine ANTIQUES
575 Broadway, 5th Floor
New York, NY 10012
212–941–2880  /  212–941–2815 (fax)