| | |
|---|---|
| **From:** | David Hamilton <dhamilton@brantpub.com> |
| **Sent:** | Thursday, March 29, 2007 7:21 PM |
| **To:** | Deborah Blasucci <dblasucci@brantpub.com> |
| **Cc:** | Sandra Brant <sbrant@brantpub.com> |
| **Subject:** | FW: expense reports |

Debbie,

I am trying to clean up email and just found this one. You sent it to me (and copied Victoria) less than 2 weeks before I sent the email to her saying that she should not travel to Paris.

I think your email demonstrates that:
1) we were definitely trying to keep a tight hold on T&E expenses at that time, and
2) I was the point person for T&E and therefore it made sense for the email regarding Paris travel to come from me

David

---

**From:** Deborah Blasucci [mailto:dblasucci@brantpub.com]
**Sent:** Friday, October 06, 2006 11:41 AM
**To:** 'David Hamilton'
**Cc:** vfuller@brantpub.com
**Subject:** expense reports

David,
As discussed last week on Dan's trade report, there are many other instances that we spoke about where your sales staff is spending excessively on their T & E. As you know when the ad revenues are down like this year compared to budget, we try and tighten up on the expense side. Let's go through each salesperson and see where they can cut down and who is over their budgets.
Thanks,
Debbie

BRANT ARB 025175