## Alan Rich

---

**From:**   Peter Shapiro [pshapiro@lbbslaw.com]

**Sent:**   Monday, June 21, 2010 2:09 PM

**To:**   Alan Rich

**Subject:** Fuller v Interview

I do not consent to service of the proposed amended complaint. The new allegations are immaterial and scandalous, and the tort claims fail to state claims upon which relief can be granted. You should contact Judge Freeman to address a briefing schedule if you choose to go forward with a motion to amend.
I will be back to you regarding the other open issues shortly. My assistant will be sending you the signed stipulation re sharing discovery in the two proceedings.

Peter T. Shapiro, Esq.
Lewis Brisbois Bisgaard & Smith LLP
199 Water Street
New York, NY 10038
Phone: 212-232-1322
Fax: 212-232-1399

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.829 / Virus Database: 271.1.1/2932 - Release Date: 06/18/10 14:35:00

7/20/2010