UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------- :
VICTORIA FULLER,                                     :
                                                     :
                    Plaintiff,                       :    Civil Action No. 07 cv 5728 (RJS)(DCF)
            v.                                       :
                                                     :    **STIPULATION AND ORDER RE
INTERVIEW, INC., et al.,                             :    USE OF DISCOVERY IN FEDERAL
                                                     :    AND ARBITRATION LITIGATIONS**
                    Defendants.                      :
---------------------------------------------------- :
AMERICAN ARBITRATION ASSN.                           :
NEW YORK COUNTY, NEW YORK                            :
---------------------------------------------------- :
In the Matter of the Arbitration between             :
                                                     :
VICTORIA FULLER,                                     :    Case No. : 13 116 00418 07
                                                     :
                    Claimant,                        :
            -and-                                    :
                                                     :
INTERVIEW MAGAZINE,                                  :
BRANT PUBLICATIONS, INC.,                            :
                                                     :
                    Respondents.                     :
---------------------------------------------------- :

## STIPULATION AND ORDER RE DISCOVERY

WHEREAS, discovery requests, responses and exchanges have been made and will be made by the respective parties to the above cases, including, but not limited to Interrogatories, Document Requests, Depositions, Requests to Admit, Physical Examinations and reports, expert discovery, non-party discovery, and other methods of discovery and disclosure, all referred collectively herein as "discovery," it is hereby stipulated by and between Plaintiff/Claimant and Defendants/Respondents, through their respective attorneys, as follows:

-1-

All discovery requested, propounded, provided, exchanged and taken in either of the above actions, shall be valid for evidentiary purposes in both actions and shall be considered by the Court/forum as if exchanged in both actions. Notwithstanding, decisions as to the admissibility of any evidence in any hearing or proceeding, remain the province of the respective Court or forum. Notwithstanding that any discovery requested, propounded, produced, exchanged or taken in either forum may be used in the other forum, the parties retain the right to take and ascertain complete discovery under the rules of each court and forum, subject to any further agreement.

This Stipulation and Order may be signed and delivered by facsimile or electronic means and these signatures shall be sufficient to bind the parties. The parties shall be bound by the terms of this agreement upon signature by the parties, without regard to whether this agreement is ordered by the Court/forum.

/s/ Alan J. Rich
Alan J. Rich, Esq. (AR 4701)
THE LAW OFFICES OF
ALAN J. RICH, LLC
26 Court Street, Suite 1801
Brooklyn, NY 11242
(212) 921-2244
ARich@Richlaw.US
Attorney for Plaintiff

DATED: _____

So Ordered: _____
Debra C. Freeman, U.S. Mag. Judge

DATED: _____

/s/ Peter T. Shapiro
Peter T. Shapiro, Esq. (PS 9692)
LEWIS BRISBOIS BISGAARD & SMITH, LLP
199 Water Street, 25th Floor
New York, NY 10038
(212) 232-1300
pshapiro@lbbslaw.com
Attorneys for Defendants

DATED: _____

So Ordered: /s/ Ralph S. Berger
Ralph Berger, Arbitrator, AAA

DATED: June 21, 2010

-2-