## Victoria Fuller

**From:** "Victoria Fuller" <vfuller@brantpub.com>
**To:** "Victoria Fuller" <vsfuller@nyc.rr.com>
**Sent:** Sunday, December 10, 2006 2:27 AM
**Subject:** Fw: Disability Leave

Sent via BlackBerry from Cingular Wireless

-----Original Message-----
From: "Marie Mascaro" <mmascaro@brantpub.com>
Date: Fri, 8 Dec 2006 19:14:19
To:"'Victoria Fuller'" <vfuller@brantpub.com>
Cc:"'Deborah Blasucci'" <dblasucci@brantpub.com>
Subject: Disability Leave

Dear Victoria,

We are all concerned by your sudden disability, your doctor's note that you will be out for 30 days (or perhaps longer), and your comments to me about feeling "incoherent". All of us here at Brant Publications wish you a prompt and full recovery. We will temporarily reassign staff to deal with clients and other related matters, assure that all tasks are performed, and that our publication maintains its high standards. Accordingly, you should not contact clients or staff during your period of disability leave. We need to avoid miscommunications and are concerned that our hard work would be counterproductive if you attempt to continue to perform tasks. During your disability leave we want you to expend all of your energy towards your recovery. I understand you requested certain files to be sent to you at home. In light of the above, we do not think it appropriate to send work to you at home. Since your assistant will be temporarily reassigned, and in order to avoid any confusion, please direct any questions or concerns to Debbie or me.

As a follow-up to our earlier conversation, I met with Graham today and gave him all of the required forms. As soon as the forms are fully completed and returned to me I will expedite processing.

All of our best wishes.

P 0078

10/24/2007